In the Matter of the Intermediate Judicial Settlement of the Account of Harriotte R. Hitchcock, as Executrix, etc., of A. Willard Hitchcock, Deceased.— Decree unanimously affirmed, with costs to both parties payable out of the estate.

## First Department, March, 1931.

Claude Neon Lights, Inc., Appellant, v. Federal Electric Company, Inc., and Others, Respondents, Impleaded with Another.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Rosina Fierro, as Administratrix, etc., of Savino Fierro, Deceased, Respondent, v. New York Central Railroad Company, Defendant, Impleaded with The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes for reversal and dismissal of the complaint.

Virginia Dyer Glenn and W. Kenneth Glenn, Respondents, v. Oakdale Contracting Co., Inc., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents.

Nieman-Irving & Company, Inc., Respondent, v. John R. Lazenby, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Gus K. Worms and Others, Respondents, v. National Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.